### 69313. PARNELL v. CITY OF ATLANTA.
(327 SE2d 569)

BIRDSONG, Presiding Judge.

The defendant, Virginia V. Parnell, appeals her conviction of the traffic offense of failure to yield at a stop sign. *Held*:

The City of Atlanta contends that jurisdiction of this appeal lies with the Fulton County Superior Court. We agree. The City Court of Atlanta is a constitutional city court. See Georgia Constitution of 1945, Art. VI, Sec. I, Par. I (Code Ann. § 2-3601 (now Art. VI, Sec. I, Par. I, Georgia Constitution of 1983)); and Ga. L. 1967, pp. 3360, 3361. Appeals from a constitutional city court can be within the jurisdiction of the Court of Appeals. OCGA § 5-6-34 (a). However, although this traffic offense was originally charged using the Uniform Traffic Citation and Complaint Form (see OCGA Title 40, Chapter 13), following a motion to dismiss by the defendant, the Solicitor amended the complaint form to allege a violation of a city ordinance.

This court held, in *Williams v. City of Atlanta*, 135 Ga. App. 765,

766 (219 SE2d 17), where the prosecution in the City Court of Atlanta was not under the Traffic Violations Bureau Act but was a conviction of an ordinance "certiorari in the superior court was the proper remedy, and the appeal must be dismissed."

*Appeal dismissed. Beasley, J. concurs. Carley, J., concurs in the judgment only.*

DECIDED FEBRUARY 28, 1985.

*Ronald W. Parnell*, for appellant.
*Louise T. Norwood, Solicitor, J. Stratton Leedy III, Michael White, Assistant Solicitors*, for appellee.